SCANNED

**11 CV. 4035**

MAY 8, 2011

ATT: Honorable Judge Richard J. Holwell;
: Turkish Consulate General Semra Geyik, Vice Consul;
: FBI - Federal Bureau of Investigation - Director;
: Southern District of New York United States Attorney Office
: Office of Inspector General;

Re: Osman N. Ozsusamlar # 53271-054
case no # 10 civ. 3455 (RJH), related 05 cr. 1077 (PKL)

Gentleman,

It is most importand that I bring to your attention numerous criminal violations that have accured regarding me Federal Legal Case (#10 civ. 3455(RJH) related 05 cr. 1077 (PKL)) and my Federal Incarceration at the ADX Florence, Colorado. Which includes a terrorism designation and an unlawful continuation of my SAM's (Special Administrative Measures) restrictions.

These criminal acts and Human Right Violations have takin place starting October 2005. My mental emotional and physical well being as well as sensory depravation has caused me great pain and emotional agony.

If any individual was forced to undergo this type of prison ADX incarceration, you can not imagine or understand what I have endured or the pain to my total spirtual being that has occurred.

Criminal acts harrassment and acts of conspiracy to torture me took place because the following individuals; H Unit Team, D Unit Team, J Unit Team, K Unit Team, D-B Unit Teams and special name on Mr. Collins, Mr. Sproul, Mr. Haygood, Mr. Oliver, and Mr. Bradford... Chose to disobay the direct orders of the U.S. Attorney Office -

page 1 of 3

Southern District of New York — The FBI, at a minimum each of these BOP employee's should be subject to minimum prison incarceration and loss of employment in the BOP including Pension & Health Care Benefits.

These criminal acts must be investigated and prosecuted, and indictments sought for this on going 3 year conspiracy where these BOP employee's refused to remove SAM's and labeling me a "Terrorist in my BOP file". Those restrictions caused me untold torment, mental emotionaly, agony being lockedown 24 hours a day with no comminucation with mother, father, brother, sisters, friends and no visits allowed by anyone including attorney.

I was refused necessary medical medication, personal property stolen, legal work including court documents were removed cell and never returned. Stamps that I had purchased ($42.00) were placed on a box to be mailed out but package was never sent out or I received no stamps back or credit to my commissary account.

It is my request that the U.S. Attorney, FBI, and Turkish Embassy launch an immediate criminal investigation in to alleged criminal acts commited against my person by the above listed BOP employee's.

The fact that I am a muslim, pray 5 times daily in private without bothering anyone I believe caused many BOP employee's to not like me and to treat me poorly and differently from other BOP inmates.

It is my personal believef that a criminal investigation into my SAM's restriction will reveal that numerous BOP inmates housed in "H Unit" with me also have had there SAM's. restriction removed by FBI and U.S. Attorney Office yet those inmates remain in "H Unit", "D Unit" still restricted becaused SAM's. BOP employees not removing the SAM's restriction after being ordered to do so by U.S. Attorney Office, FBI, and perhapes other government agency.

page 2 of 3

In my view that perhapes BOP (Bureau of Prison was paid a greater sum of money to keep SAM's restrictions on these inmates in "Special Housing Unit (SH The extra sums of money actually constitute thieft from the U.S. Treasury and U.S. Justice Dept. U.S. Justice Dept. instructed the BOP to drop off my SAM's designation in May 2008, --- see attach copies... --- and as of todays date May 8, 2011 I still have SAM's restrictions and terrorist designatio Please begin a criminal investigation immediately.

Respectfully Submitted.

c/c: File

Osman N. Ozsusamlar
U.S. Penitentiary-High #53271-05
P.O. Box 7000, D-B Unit
Florence, CO 81226-7000

page 3 of 3

SCANNED
RECEIVED MAY 26 2011 CHAMBERS OF RICHARD J. HOLWELL
RECEIVED JUN 06 2011 CHAMBERS OF DEBRA FREEMAN U.S.M.J.

MAY 18 2011.

Enclose find 6 additional letters copies each ordering the complete removal of all S.A.M. (Special Administrative Measures) restrictions as they relate to inmate Osman Ozsusamlar Reg. No # 53271-054.

The first letter ordering to the SAMS restrictions is writting by Cameron Lindsey, Warden dated June 25, 2007.

The Second letter ordering the removal of SAMS restrictions is written by Elie Honig Assistant. U.S. Attorney dated May 12, 2008.

The Third letter ordering the removal of SAMS restriction is written by Kathleen M. Kenney, Assistant Director/General Counsel, General Counsel and review division dated May 14, 2008.

The Fourt letter ordering the removal of SAMS restriction is written by Thomas R. Kane for Harley G. Lappin, Director FBOP dated May 16, 2008.

The Fifth letter ordering the removal of SAMS restriction is written by R. Wiley, Warden dated May 16, 2008.

The Sixth letter copies printting by K Unit Conselor Mr. Heygood dated of 10/2/2009

Inconclusion as of today date Wednesday May 18, 2011 I am still classified a "TERRORIST" and my "SAMS Restrictions" have not been removed

Page 1 of 2

causing me great mental and emotional discontent. Despite the direct ordering of the Elie Honig, Assistant U.S. Attorney for Southern District of New York - Kathleen M. Kenney, Assistant Director - Thomas R. Kane for Harley G. Lappin, Director FBOP - R. Wiley, Warden ADX Florence, CO./ <u>all Restrictions are still in place and active.</u>)

Respectfully Submitted
today May 18, 2011

c/c: File.
: General Consulate of Turkish Republic
: Preet Bharara, U.S. Attorney for SDNY


Osman N. Ozsusamlar
U.S.P- High # 53271-054.
P.O. Box 7000, D-B Unit
Florence, CO 81226-7000

page 2 of 2.



UNITED STATES GOVERNMENT
## MEMORANDUM
METROPOLITAN DETENTION CENTER
BROOKLYN, NEW YORK

DATE:    June 25, 2007

REPLY TO
ATTN OF:   Cameron Lindsay, Warden

SUBJECT:  <u>Special Administrative Measures Pursuant to 28 C.F.R. §501.3 (c)</u>

TO:    Inmate OZSUSAMLAR, Osman
Register No.:53271-054

Pursuant to 28 C.F.R. §501.3 (c), Special Administrative Measures (SAM) are being implemented regarding your confinement. The Bureau of Prisons adopted these special administrative conditions based on information of your proclivity for violence. There is a substantial risk that your communications or contacts with persons could result in death or serious bodily injury to persons, or substantial damage to property that would entail the risk of death or serious bodily injury to persons. Therefore, you are restricted in access to the mail, the media, the telephone and visitors. This SAM will commence immediately upon notice to you and will be effective for the period of one year.

**SPECIAL ADMINISTRATIVE MEASURES (SAM)**
Pursuant to 28 C.F.R. § 501.3 (c)
Inmate - Osman Ozsusamlar ("Ozsusamlar" or "inmate")

1. <u>General Provisions</u>:

    a.   **Adherence to Usual United States Marshal Service (USMS), Bureau of Prisons (BOP) and Detention Facility (DF) Policy Requirements** - In addition to the below-listed SAM, you must comply with all usual USMS, BOP, and non-BOP DF policies regarding restrictions, activities, privileges, communications, etc. If there is a conflict between USMS/BOP/DF policies and the SAM, as set forth herein, where the SAM is more restrictive than usual USMS/BOP/DF policies, then the SAM shall control. If usual USMS/BOP/DF policies are more restrictive than the SAM, then USMS/BOP/DF policies shall control.

    b.   **Interim SAM Modification Authority** - During the term of this directive, the Director, Office of Enforcement Operations (OEO), Criminal Division, may modify

-1-

MAMAY. 13. 2008¹ 3:42PM    OEO¹⁰/SDNY                                    NO. 2436   P. 3

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2008

**By Fax**

Christine Thren
United States Department of Justice
Office of Enforcement Operations
Fax: (202) 616-8256

    Re: **Inmate Osman Ozsusamlar, USMS # 53271-054**

Dear Ms. Thren:

    This Office has made the determination to terminate the SAM restrictions previously imposed on inmate Osman Ozsusamlar. Please let us know if you have any questions.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                            United States Attorney

                By: _____
                       Elie Honig
                       Assistant U.S. Attorney
                       (212) 637-2474

TOTAL P.002



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
☒ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

Colorado Consolidated Legal Center         Florence, CO 81226

May 14, 2008

MEMORANDUM FOR   KATHLEEN M. KENNEY, ASSISTANT DIRECTOR/GENERAL
COUNSEL, GENERAL COUNSEL AND REVIEW DIVISION

THROUGH:        Michael K. Nalley, Regional Director, North Central Region

FROM:           R. Wiley, Warden

SUBJECT:        **Annual Review of Special Administrative Measures**
                **OZSUSAMLAR, Osman, Register Number 53271-054**

As you are aware, the Special Administrative Measures (SAM) for the above-referenced inmate will be reviewed for extension on or about June 14, 2008. In accordance with Institutional Supplement FLM 5321.07(3)E, H-Unit Programs, an annual review of the inmate's SAM and overall adjustment at this institution was conducted. We obtained recommendations from staff and the inmate concerning the SAM and current conditions of confinement. In addition, staff reviewed requests, grievances, and/or administrative remedies submitted by inmate Ozsusamlar throughout the year; disciplinary information from throughout the year; correspondence to/from inmate Ozsusamlar; types of educational materials requested; types of leisure materials requested; and participation in the various programming offered by the institution.

During the course of this review, we were informed that the United States Attorney's Office for the Southern District of New York (USAO) and the Federal Bureau of Investigation (FBI) determined that the circumstances which warranted the SAM for inmate Ozsusamlar no longer exist. We were further informed that the SAM for inmate Ozsusamlar would not be renewed. The USAO and FBI are preparing the necessary paperwork for the SAM to be removed.



U.S. Department of Justice

Federal Bureau of Prisons

*Office of the Director*

Washington, DC 20534
May 16, 2008

MEMORANDUM FOR RON WILEY, WARDEN
ADX FLORENCE, COLORADO

FROM: *Thomas R. Kane* for Harley G. Lappin, Director
Federal Bureau of Prisons

SUBJECT: Vacation of Special Administrative Measures pursuant to 28 C.F.R. §501.3 for inmate Osman Ozsusamlar, register number 53271-054

The Attorney General authorized the use of the provisions set forth in 28 C.F.R. §501.3 (violence) for inmate Osman Ozsusamlar, who is currently incarcerated at the ADX in Florence, Colorado. The special administrative measures (SAM) restrict the inmate's access to the mail, the media, the telephone, visitors, and his communication with others.

Pursuant to the attached memorandum from the Director, Office of Enforcement Operations, the SAM for inmate Ozsusamlar is vacated, at the request of the U.S. Attorney's Office for the Southern District of New York, based on input from the Federal Bureau of Investigation. In accordance with the memorandum, the restrictions of the SAM that were in place for inmate Ozsusamlar are no longer in effect.

Attachment

cc: Regional Director

<u>CONFIDENTIAL MEMORANDUM</u>
<u>LAW ENFORCEMENT SENSITIVE</u>



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
☒ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

Office of the Warden

Florence, CO 81226

May 16, 2008

MEMORANDUM FOR OSMAN OZSUSAMLAR, REGISTER NUMBER 53271-054

FROM: R. Wiley, Warden

SUBJECT: **Vacation of Special Administrative Measures**

The purpose of this memorandum is to notify you that the Federal Bureau of Prisons received notification that the Special Administrative Measures (SAM) imposed on you are vacated. The restrictions of the SAM that were in place for you are no longer in effect.

Received: ~~May~~ June 4, 2008

Osman Ozsusamlar
Register Number 53271-054

Page 2 of 2

Inmate Qualifies for OTC Medication
This Inmate is Indigent

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $0.00
Last Sales Date: 1/23/2009 9:42:36 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: Yes
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $215.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $215.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
| --- | --- | --- | --- | --- |

## Comments

Comments:
REMOVE FROM ADM HOLD STATUS PER J. BRADFORD ADX

*[Handwritten margin note: Date of 10/2/2009 Counselor Mr. Haydel Printing by K Suit]*