IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00714-BNB

OSMAN N. OZSUSAMLAR

    Plaintiff,

v.

R. WILEY, former Warden, USP-ADX Florence,
BLAKE DAVIS, Warden USP-ADX Florence, CO,
CHARLES DANIELS, Warden, USP-High Florence, CO,
K. JOHNSON, Associate Warden, USP-ADX Florence, CO,
SPROUL, H, J, K Unit Manager, USP-ADX Florence, CO,
M. COLLINS, Administrative Remedy Coordinator, USP-ADX Florence,
WILMAR HAYGOOD, J, K Unit Counselor, USP-ADX Florence, CO,
R. BRADFORD, S.I.S. Agent, USP-ADX Florence, CO, and

    Defendant(s).

---

## ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED January 17, 2013, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge