IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 04 2013

JEFFREY P. COLWELL
CLERK

Civil Action No. 12-cv-00714-REB-MJW

OSMAN NURI OZSUSAMLAR

    Plaintiff,

vs.

R. WILEY, Former Warden USP-ADX Florence, CO,

BLAKE DAVIS, Warden USP-ADX Florence, CO,

CHARLES DANIELS, Warden USP-High Florence, CO,

K. JOHNSON, Associated Warden USP-ADX Florence, CO,

MR. SPROUL, H,J,K Unit Manager USP-ADX Florence, CO,

M. COLLINS, Administrative Remedy Coordinator USP-ADX, CO,

WILMAR HAYGOOD, J, K Unit Counselor USP-ADX Florence, CO,

R. BRADFORD, SIS Agent USP-ADX Florence, CO.

    Defendant(s).

---

MOTION FOR TURKISH TRANSLATORS IN THE COURT PRESENTATION

---

    COMES NOW, Osman Nuri Ozsusamlar "Plaintiff" pro-se asking this Honorable Court scheduled at March 21, 2013, at 1:30 p.m. in Courtroom A-502, Fifth Floor at that time I will need a Turkish translators because my language is Turkish. I can not speak and understand English language very well. Also my comprehension is not that good either.

I call on February 25, 2013, at 9:12 a.m. Court Deputy Clerk voice mail picked up and I left a message.

THEREFORE, I am Respectfully Submitted this motion and asking this the Honorable Court please grant my motion so I will able to understand the court decision.

Respectfully Submitted.

Today this date at February 27, 2013.

*(signature)*

Osman Nuri Ozsusamlar

Reg. no: 53271-054

U.S.P.- Atwater

P.O. Box 019001

Atwater, CA 95301-0910

cc: File

_____ NOTARY CERTIFICATION _____

I certify that all the above true and correct under penalty of perjury, Dated February 27, 2013, NOTARY, 28 U.S.C. §1746; and 18 U.S.C. §1621, IN LIEU OF NOTARY. States of California, County of Merced, and City of Atwater.

*[signature]*

Osman Nuri Ozsusamlar

Reg. No: 53271-054

U.S.P. _ Atwater

P.O. Box 019001

Atwater, CA 95301


cc : File

## CERTIFICATE OF SERVICE

I, OSMAN NURI OZSUSAMLAR hereby certify that I have served a true and correct copy of the following; MOTION FOR TURKISH TRANSLATORS IN THE COURT PRESENTATION.

Which is deemed filed at the time it was delivered to prison authorities for forwarding Houston v. Lack, 101 L.Ed. 2d. 245 (1988), upon the complain of record, by placing same in sealed, postage prepaid envelope addressed to:

Office of the Pro-Se Court Clerk

District Court of Colorado

901 19th Street, Room A-105

Denver , CO 80294-3589

same deposite in the United States Postal Service at VIA First Class Mail at the U.S.P.-Atwater Mailroom Department.

I declare, under penalty of perjury [Title 28 U.S.C. §1746], That the foregoing is true and correct.

Dated this 27 of February , 2013.

Osman Nuri Ozsusamlar

Reg. no: 53271-054

U.S.P.-Atwater

P.O. Box 019001

Atwater, CA 95301-0910