IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00714-REB-MJW

OSMAN NURI OZSUSAMLAR,

Plaintiff(s),

v.

R. WILEY, Former Warden, USP-ADX Florence, CO,
BLAKE DAVIS, Warden, USP-ADX Florence, CO,
CHARLES DANIELS, Warden USP-High Florence, CO,
K. JOHNSON, Associated Warden USP-ADX Florence, CO,
MR. SPROUL, H J, K Unit Manger USP-ADX Florence, CO,
M. COLLINS, Administrative Remedy Coordinator, USP-ADX,
WILMAR HAYGOOD, J, K Unit Counselor USP-ADX, and
R. BRADFORD, SIS Agent USP-ADX,

Defendant(s).

---
### MINUTE ORDER
---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendants' Motion for Leave to File Motion to Dismiss in Excess of Fifteen Pages (Docket No. 74) is granted, and defendants may file a motion to dismiss not in excess of 25 pages, given the number of claims and defendants in this case.

Date: June 13, 2013