IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00714-REB-MJW

OSMAN NURI OZSUSAMLAR,

Plaintiff(s),

v.

R. WILEY, Former Warden, USP-ADX Florence, CO,
BLAKE DAVIS, Warden, USP-ADX Florence, CO,
CHARLES DANIELS, Warden USP-High Florence, CO,
K. JOHNSON, Associated Warden USP-ADX Florence, CO,
MR. SPROUL, H J, K Unit Manger USP-ADX Florence, CO,
M. COLLINS, Administrative Remedy Coordinator, USP-ADX,
WILMAR HAYGOOD, J, K Unit Counselor USP-ADX, and
R. BRADFORD, SIS Agent USP-ADX,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendants' Motion to Vacate Scheduling Conference (Docket No. 78) is GRANTED. It is thus further

ORDERED that the Scheduling Conference set on July 11, 2013, at 9:30 a.m. is VACATED and will be reset following a ruling on the Defendants' Motion to Dismiss (Docket No. 77).

In view of the entry of appearance on behalf of defendant R. Bradford (see Docket No. 72), it is further ORDERED that the Order to Show Cause (Docket No. 57) and the Show Cause Hearing set on July 11, 2013, at 9:30 a.m., at which plaintiff was to show cause why the case should not be dismissed as against defendant Bradford for failure to serve and failure to prosecute, are also VACATED.

Date: June 14, 2013