IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00714-REB-MJW

OSMAN NURI OZSUSAMLAR,

Plaintiff(s),

v.

R. WILEY, Former Warden, USP-ADX Florence, CO,
BLAKE DAVIS, Warden, USP-ADX Florence, CO,
CHARLES DANIELS, Warden USP-High Florence, CO,
K. JOHNSON, Associated Warden USP-ADX Florence, CO,
MR. SPROUL, H J, K Unit Manger USP-ADX Florence, CO,
M. COLLINS, Administrative Remedy Coordinator, USP-ADX,
WILMAR HAYGOOD, J, K Unit Counselor USP-ADX, and
R. BRADFORD, SIS Agent USP-ADX,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Withdraw as Attorney for Defendant Bradford and to Withdraw the Motion to Disimss [sic] Solely as to Him (Docket No. 82) is granted.  It is thus further

ORDERED that Assistant U.S. Attorney Juan G. Villasensor is withdrawn as counsel for defendant Bradford.  It is further

ORDERED that the motion to dismiss (Docket No. 77) is withdrawn with respect to defendant Bradford only.  It is further

ORDERED that the portion of this court's Minute Order of June 14, 2013 (Docket No. 80), which vacated the Order to Show Cause (Docket No. 57) and the Show Cause Hearing set on July 11, 2013, at 9:30 a.m., is now vacated.  Therefore, it is

ORDERED that the Show Cause Hearing remains set on July 11, 2013, at 9:30 a.m. (see Docket No. 57).  During that hearing, plaintiff shall show cause why the case should not be dismissed as against defendant Bradford for failure to serve and failure to prosecute.  Plaintiff's case manager or other BOP staff shall place the call for that hearing by calling the court at (303) 844-2403.

Date: June 18, 2013