**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.** 12-cv-00714-REB-MJW | FTR - Courtroom A-502 |
| **Date:** July 11, 2013 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| OSMAN NURI OZSUSAMLAR, #53271-054 | Pro Se        (by telephone) |
| Plaintiff(s), | |
| v. | |
| R. WILEY, Former Warden, USP-ADX Florence, CO, BLAKE DAVIS, Warden, USP-ADX Florence, CO, CHARLES DANIELS, Warden USP-High Florence, CO, K. JOHNSON, Associated Warden USP-ADX Florence, CO, MR. SPROUL, H J, K Unit Manger USP-ADX Florence, CO, M. COLLINS, Administrative Remedy Coordinator, USP-ADX, WILMAR HAYGOOD, J, K Unit Counselor USP-ADX, and R. BRADFORD, SIS Agent USP-ADX, | - - *no appearance* - - |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:  SHOW CAUSE HEARING**
**Court in session:**  9:38 a.m.
Court calls case.  Appearance of *Pro Se* plaintiff. No one appears for defendants.

The time set for this Show Cause Hearing is 9:30 a.m. The Court has waited to call the case to allow time for counsel for the defendants to appear.  The Courtroom Deputy has attempted to contact both attorneys of record by telephone but neither answered.

The Court raises Order to Show Cause for discussion.   Plaintiff has no information as to defendant R. Bradford which might help in locating this defendant for service.

**It is ORDERED:** The ORDER TO SHOW CAUSE [Docket No. **57**, filed March 21, 2013] is made absolute. The Court will issue a written recommendation that claims in this case be dismissed as to defendant R. Bradford.

HEARING CONCLUDES.

**Court in recess:** 9:45 a.m.
Total In-Court Time: 00:07