**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00714-REB-MJW

OSMAN NURI OZSUSAMLAR,

    Plaintiff,

v.

R. WILEY, Former Warden, USP-ADX Florence, CO,
BLAKE DAVIS, Warden, USP-ADX Florence, CO,
CHARLES DANIELS, Warden USP-High Florence, CO,
K. JOHNSON, Associated Warden USP-ADX Florence, CO,
MR. SPROUL, H J, K Unit Manger USP-ADX Florence, CO,
M. COLLINS, Administrative Remedy Coordinator, USP-ADX, and
WILMAR HAYGOOD, J, K Unit Counselor USP-ADX,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

This matter is before me on the following:(1) the **Defendants' Motion to Dismiss** [#77][1] filed June 14, 2013; and (2) the **Recommendation of United States Magistrate Judge** [#98] filed February 6, 2014. I approve and adopt the recommendation and grant the motion to dismiss.

The plaintiff is proceeding *pro se*. Thus, I have construed his pleadings and other filings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Erickson v. Pardus**, 551 U.S. 89, 94 (2007); **Andrews v.**

---

[1] "[#77]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

*Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

No objections to the recommendation were filed. Thus, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no error, much less plain error, in the recommendation of the magistrate judge, I find and conclude that the recommendation should be approved and adopted as an order of this court.

The plaintiff, Osman Nuri Ozsusamlar, is an inmate in the custody of the United States Bureau of Prisons (BOP). As detailed in the recommendation [#98], Mr. Ozsusamlar asserts in his complaint [#38] a variety of complaints against various BOP officials. The magistrate judge provides in the recommendation a detailed history of this case, a detailed summary of the complaint, and a detailed analysis of the issues raised by the defendants in the motion to dismiss [#77]. Mr. Ozsusamlar did not file a response to the motion to dismiss and has not filed objections to the recommendation. Based on a thorough analysis of the complaint and the issues raised in the motion to dismiss, the magistrate judge recommends that the motion to dismiss be granted and this case be dismissed. I concur. Thus, I approve and adopt the recommendation and grant the motion to dismiss.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#98] filed February 6, 2014, is **APPROVED** and **ADOPTED** as an order of this court;

---

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter. *Morales-Fernandez*, 418 F.3d at 1122.

    2.  That under FED. R. CIV. P. 12(b)(6), the **Defendants' Motion to Dismiss** [#77] filed June 14, 2013, is **GRANTED**;

    3.  That this case is **DISMISSED**;

    4.  That **JUDGMENT SHALL ENTER** in favor of the defendants, R. Wiley, Blake Davis, Charles Daniels, K. Johnson, Mr. Sproul, M. Collins, Wilmar Haygood, and R. Bradford, against the planitiff, Osman Nuri Ozsusamlar;

    5.  That the defendants are **AWARDED** their costs to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated February 25, 2014, at Denver, Colorado.

                                **BY THE COURT:**

                                Robert E. Blackburn
                                United States District Judge