**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00714-REB-MJW

OSMAN NURI OZSUSAMLAR,

    Plaintiff,

v.

R. WILEY, Former Warden, USP-ADX Florence, CO,
BLAKE DAVIS, Warden, USP-ADX Florence, CO,
CHARLES DANIELS, Warden USP-High Florence, CO,
K. JOHNSON, Associated Warden USP-ADX Florence, CO,
MR. SPROUL, H J, K Unit Manager USP-ADX Florence, CO,
M. COLLINS, Administrative Remedy Coordinator, USP-ADX, and
WILMAR HAYGOOD, J, K Unit Counselor USP-ADX,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting Recommendation of United States Magistrate Judge of Judge Robert E. Blackburn entered on February 25, 2014 it is

    ORDERED that, Defendants' Motion to Dismiss filed June 14, 2013, [#77], is **GRANTED**; it is

    FURTHER ORDERED that, there is no just reason for delay of entry of final judgment in favor of defendants, R. Wiley, Blake Davis, Charles Daniels, K. Johnson, Mr. Sproul, M. Collins, Wilmar Haygood, and R. Bradford and against plaintiff, Osman Nuri Ozsusamlar; and it is

FURTHER ORDERED that the defendants are **AWARDED** their costs to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 25th day of February, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  Kathleen Finney

Kathleen Finney
Deputy Clerk